AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

---- OFFENSE CHARGED ----

36 C.F.R. § 2.4(a)(1)(i) - Possession of a Weapon on Federal Land

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
6 months jail
$5,000 fine
$10 special assessment fee

E-filing

DEFENDANT - U.S.
▶ JAMES SHIELDS

DISTRICT COURT NUMBER

FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 08   0050 MAG

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney



E-filing

FILED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 08 0050 MAG |
| Plaintiff, ) | VIOLATION: 36 C.F.R. § 2.4(a)(1)(i) - |
| v. ) | Possession of a Weapon on Federal Land |
| ) | (Class B Misdemeanor) |
| JAMES SHIELDS, ) | |
| ) | SAN FRANCISCO VENUE |
| Defendant. ) | |
| ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 2.4(a)(1)(i) - Possession of a Weapon on Federal Land

   On or about September 30, 2007, in the Northern District of California, within the boundaries of an area administered by the National Park Service and under the jurisdiction of the United States, the defendant,

JAMES SHIELDS,

//
//
//

INFORMATION

did possess a weapon, to wit: a 40 caliber semi-automatic Glock Pistol, in violation of Title 36 C.F.R. § 2.4(a)(1)(i), a Class B Misdemeanor.

DATED: 2/1/2008

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION