JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYSBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone:  (415) 436-6809
    Fax:  (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0050 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| JAMES SHIELDS, ) | |
|     Defendant. ) | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 08-0050 MAG

1  Information with prejudice.  The defendant has successfully completed his pretrial diversion
2  program.
3
4                                              Respectfully submitted,
5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6
7
8  DATED: __11/13/08_____              _____/s/_____
                                               WENDY THOMAS
9                                              Special Assistant United States Attorney
10
11      The Court hereby grants leave to dismiss the above Information with prejudice.
12
13
   DATED: _November 13, 2008_____              _____
14                                             BERNARD ZIMMERMAN
                                               United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISMISSAL OF INFORMATION
CR 08-0050 MAG